**Form 210A (10/06)**

# United States Bankruptcy Court
Eastern District of PA (Philadelphia)

In Re: VINCENT SPECIALE         Case No: 10-30286
DEBORAH SPECIALE

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

| | |
|---|---|
| Portfolio Investments I LLC | Security Credit Services, LLC |
| --------------------------- | --------------------------- |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 1 |
| Portfolio Investments I LLC | Amount of Claim: $277.07 |
| c/o Recovery Management Systems Corporation | Date Claim Filed: 12/1/2010 |
| 25 SE 2nd Avenue Suite 1120 | |
| Miami FL 33131-1605 | |
| Phone: (305) 379-7674 | Phone: (866) 699-7889 |
| Last Four Digits of Acct # :1386 | Last Four Digits of Acct # : |

Name and Address where transferee payments
Should be sent (if different from above)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Ramesh Singh        Date: June 13, 2011
-----------------------------------
Ramesh Singh
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605
claims@recoverycorp.com
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## EXHIBIT E

## ASSIGNMENT OF ACCOUNTS
## AND WAIVER OF NOTICE OF TRANSFER OF CLAIMS

Security Credit Services, LLC ("**Seller**"), for value received, without recourse, assigns, sells and delivers to Capital Recovery, LLC ("**Buyer**") all right, title and interest in and to (i) certain unsecured consumer line of credit accounts and consumer credit card accounts (the "**Accounts**") which are described on computer files furnished by Seller to Buyer on a monthly basis, (ii) all judgments or awards obtained in connection with the Accounts, (iii) all causes of action, arising under, from, on or in connection with the Accounts against all individual holders of the Accounts and any other person or entity with any interest therein, and (iv) all proceeds of such Accounts received on or after the date the applicable computer file is created for delivery to Buyer.

Pursuant to the foregoing assignment, Seller stipulates that Buyer may be substituted for Seller as the valid owner of the Accounts and hereby waives any notice and hearing requirements imposed by, or right to object pursuant to, Bankruptcy Rule 3001 (e) (2) or otherwise. Seller further consents to the attachment of a copy of this Assignment to a Notice of Transfer of Claim filed by Buyer pursuant to said rule. A copy of this document shall have the same force and effect as the original.

Each of the obligations of Seller required to be performed by Seller on or prior to the date hereof pursuant to the terms of the Purchase Agreement dated as of March, 2011, between Seller and Buyer (the "**Agreement**") has been duly performed and all representations and warranties of Seller made under the Agreement are true and correct as of the date hereof. This Assignment is subject to the terms of the Agreement without representations and warranties of any kind or character except as set forth therein.

Dated: 6/30, 2011

Security Credit Services, LLC, Seller

By: _____

Name: Faye M. Defrench

Title: SVP

## ASSIGNMENT OF ACCOUNTS AND
## WAIVER OF NOTICE OF TRANSFER OF CLAIMS

     CAPITAL RECOVERY, LLC ("Seller") without recourse, assigns and delivers to Portfolio Investments I, LLC ("Buyer") all right, title and interest in and to (i) certain unsecured consumer line of credit accounts and consumer credit card accounts (the "Accounts") which are described on computer files furnished by Seller to Buyer on a monthly basis, (ii) all judgments or awards obtained in connection with the Accounts, (iii) all causes of action, arising under, from, on or in connection with the Accounts against all individual holders of the Accounts and any other person or entity with interest therein, and (iv) all proceeds of such Accounts received on or after the date the applicable computer file is created for delivery to Buyer.

     Pursuant to the foregoing assignment, Seller stipulates that Buyer may be substituted for Seller as the valid owner of the Accounts and hereby waives any notice and hearing requirements imposed by, or right to object pursuant to, Bankruptcy Rule 3001 (e) (2) or otherwise. Seller further consents to the attachment of a copy of the Assignment to a Notice of Transfer of Claim filed by Buyer pursuant to said rule. A copy of this document shall have the same force and effect as the original.

     IN WITNESS WHEREOF, Seller has signed and delivered this instrument on the 31st day of March, 2011.

CAPITAL RECOVERY, LLC

By: _____
Ramesh Singh
Chief Financial Officer